

# ELECTRONIC RECORD

COA #   11-12-00143-CR          OFFENSE:   19.02

STYLE:   **Charles Jason Morse v. The State of Texas**          COUNTY:   Palo Pinto

COA DISPOSITION:      AFFIRMED          TRIAL COURT:   29th District Court

DATE: 07/17/14          Publish: NO   TC CASE #:   14608

## IN THE COURT OF CRIMINAL APPEALS

STYLE:   **Charles Jason Morse v. The State of Texas**          CCA #:   **PD-1006-14**

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:   _____

_____REFUSED_____          JUDGE:   _____

DATE: _12/17/2014_          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**